UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JAMES EVANS and NORA EVANS, his wife,

          Plaintiffs,

vs.                                           Case No.  3:07-cv-357-J-33TEM

MATRIXX INITIATIVES, INC., a Delaware corporation,

          Defendant.
_____/

**ORDER**

This cause comes before the Court pursuant to Matrixx's Motion to Dismiss (Doc. #28 at 11), filed on July 25, 2007.  Plaintiffs filed a response (Doc. #29) on July 25, 2007.  For the reasons below, the motion is denied.

Plaintiffs brought claims of strict liability and negligence against Matrixx, arising out of Plaintiff James Evans' use of Zicam Cold Remedy Nasal Gel, a product manufactured and distributed by Matrixx.  Plaintiffs claim that Matrixx's product, Zicam, is defective and in an unreasonably dangerous condition.  Matrixx argues in its Motion to Dismiss that Plaintiffs allege negligent failure to test in Counts I and II of their Complaint, and that Florida law does not recognize a separate cause of action for negligent failure to test, therefore these portions of the claims must fail as a matter or law.  (Doc. #28 at 12-13.)  While it is correct that Florida law does not recognize an independent action for failure to test, "a duty to test . . . is a subpart of a manufacturer's duty to design a product with reasonable care."  Adams v. G.D. Searle & Co., 576 So. 2d 728, 730-31 (Fla 2d DCA 1991).  Neither Count I or II of the Amended Complaint brings a separate cause of action for negligent failure to test.  The allegations of Matrixx's failure to

adequately test the product are part and parcel of Plaintiffs' claims that Matrixx manufactured and distributed a defective product.  Therefore, the motion to dismiss is denied.

Accordingly it is now

**ORDERED, ADJUDGED** and **DECREED:**

Matrixx's Motion to Dismiss is **DENIED**.

**DONE** and **ORDERED** in Chambers in Jacksonville, Florida, this <u>12th</u> day of September, 2007.

*/s/ Virginia M. Hernandez Covington*
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:
All Counsel of Record